JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California  95814
Telephone:  (916) 446-1916
Facsimile:   (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
**MANJULA SINGH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANJULA SINGH**, | **CASE NO:** 2:11-CV-01397-LKK-GGH |
| Plaintiff, | STIPULATION TO DISMISS |
| v. | |
| **FIVE STAR QUALITY CARE, INC.** | |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MANJULA SINGH and Defendant FIVE STAR QUALITY CARE, INC. by and through their respective counsel, that Plaintiff hereby dismissed with prejudice the entire action with each party bearing their own costs and attorney fees.

IT IS SO STIPULATED

Dated: December 5, 2011          LAW OFFICES OF JILL P. TELFER
                                 A Professional Corporation

                                       /s/
                                 _____
                                 JILL P. TELFER
                                 Attorney for Plaintiff
                                 **MANJULA SINGH**

1

| | |
|---|---|
| Dated: December 5, 2011 | JACKSON LEWIS LLP |
| | /s/ |
| | _____ |
| | James T. Jones |
| | Attorney for Defendants |
| | **FIVE STAR QUALITY CARE, INC.** |

## ORDER

The parties having stipulated and good cause appearing therefore, IT IS SO ORDERED.

Dated: January 10, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT